**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1179

JAMES L. MELVIN,

Plaintiff - Appellant,

versus

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS
AFFAIRS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (CA-03-968-5)

Submitted: August 18, 2005        Decided: August 23, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James L. Melvin, Appellant Pro Se. David J. Cortes, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James L. Melvin appeals the district court's order denying relief in his civil action alleging a breach of a settlement agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Melvin v. Principi, Sec. of Veterans Affairs, No. CA-03-968-5 (E.D.N.C. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED